Todd E. Zenger (5238)
DUREN IP
610 E. South Temple Street, Suite 300
Salt Lake City, UT 84102
Phone: (801) 869-8538
Fax: (801) 869-8539
Email: tzenger@durenip.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC., <br><br> Plaintiff, <br> vs. <br><br> DOES 1-32, <br><br> Defendants. | Civil Action No. 2:17-cv-00550-DBP <br><br> Magistrate Judge Dustin B. Pead <br><br> **STIPULATED CONSENT JUDGMENT** <br> **Re: Doe 29 - 24.11.13.252** |

As attested to by the signatures of counsel for the parties below, this matter comes before the Court on the parties' joint stipulation.

Plaintiff Criminal Productions, Inc. has filed a Complaint against the Defendant Doe 29 - 24.11.13.252 (of Does 1-32), in the Utah District Court for copyright infringement, 17 U.S.C. §§101, et seq, registered with the United States Copyright Office, Reg. No. PA 1-984-029.

After initial discovery and investigation, defendant Doe 29 - 24.11.13.252 was affirmatively identified as the proper defendant in this matter and is now identified as Carlos Espinoza, Logan, UT 84321.

Doe 29 - 24.11.13.252 waives service of process and consents to personal jurisdiction of this court including permitting Magistrate Judge Dustin B. Pead to conduct all matters related to this matter including entry of this consent judgment.

The parties, after conferral and investigation, now appear to fully and finally resolve all claims between the parties and the matters before the Court and seek entry of this Stipulated Consent Judgment to effect the terms of their settlement.

## Identity of the Defendant

The responsible defendant identified herein as Doe 29 - 24.11.13.252 has been positively identified as Carlos Espinoza of Logan, UT 84321.

WHEREFORE IT IS HEREBY STIPULATED, ORDERED AND ADJUDGED for all matters relevant to this case between the parties as follows:

1. This court has jurisdiction over the parties and venue is proper.
2. Plaintiff Criminal Productions, Inc. has valid and enforceable copyrights in the original copyrighted work, *Criminal*, ("Motion Picture") registered with the United States Copyright Office, Reg. No. PA 1-984-029.
3. Carlos Espinoza Doe 29 - 24.11.13.252 is the proper named defendant in this case and liable under Plaintiffs' copyright infringement claims of the Complaint.
4. Carlos Espinoza Doe 29 - 24.11.13.252 expressly consents to have United States Magistrate Judge Dustin B. Pead conduct any and all proceedings in this case, including entry of any and all orders including this stipulation or any other final judgment or orders arising therefrom.

5. Carlos Espinoza Doe 29 - 24.11.13.252 has had full opportunity to consult counsel and has fully reviewed the Complaint and the allegations of the Complaint and specifically admits that Plaintiff's investigations identifying the IP address used by the defendant were accurate, in particular in accurately identifying Carlos Espinoza Doe 29 - 24.11.13.252 and defendant's IP address as the IP address used to download and distribute Plaintiff's Motion Picture *Criminal* and/or other content identified within the Complaint, including copyright infringement of the Motion Picture *Criminal*.

6. In addition to other terms in a separate settlement agreement, the parties further agree and require pursuant to the settlement that the below Permanent Injunction be entered against Carlos Espinoza Doe 29 - 24.11.13.252.

PERMANENT INJUNCTION

Carlos Espinoza Doe 29 - 24.11.13.252 is hereby PERMANENTLY ENJOINED from directly, contributorily or indirectly infringing Plaintiff's rights in its motion pictures, including without limitation by using the internet to reproduce or copy any motion picture owned or branded by Criminal Productions, Inc., to distribute any motion picture owned or branded by Criminal Productions, Inc., or to make motion picture owned or branded by Criminal Productions, Inc. available for distribution to the public, except pursuant to a lawful written license from Criminal Productions, Inc.; and

Carlos Espinoza Doe 29 - 24.11.13.252 is hereby directed to immediately delete all unlicensed content of the Motion Picture *Criminal* together with any and all BitTorrent clients on any computer(s) which Defendant owns or controls together with all other software used to obtain media through the Internet by BitTorrent peer-to-peer transfer or exchange.

SO ORDERED, this day: _____.

                                            MAGISTRATE JUDGE DUSTIN B. PEAD
                                            UNITED STATES DISTRICT COURT

So Stipulated and Respectfully Submitted:

| Carlos Espinoza Doe 29 - 24.11.13.252: | On Behalf of Plaintiff: |
|---|---|
| *(signature)* | *(signature: Todd E. Zenger)* |
| Carlos Espinoza<br>Logan, UT 84321 | Todd E. Zenger<br>DUREN IP<br>610 E. South Temple Street, Suite 300<br>Salt Lake City, UT 84102<br>Phone: (801) 869-8538<br>Email: tzenger@durenip.com |