Todd E. Zenger (5238)
KIRTON McCONKIE
36 S. State Street, Suite 1900
Salt Lake City, Utah 84111
Phone: (801) 328-3600
Fax: (801) 212-2104
Email: tzenger@kmclaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DOES 1-32, <br><br> Defendants. | Civil Action No. 2:17-cv-00550-DBP <br><br> Magistrate Judge Dustin B. Pead <br><br> **STIPULATED CONSENT JUDGMENT** <br> **Re: Doe 18 - 73.65.237.200** |

As attested to by the signatures of counsel for the parties below, this matter comes before the Court on the parties' joint stipulation.

Plaintiff Criminal Productions, Inc. has filed a Complaint against the defendant Doe 18 - 73.65.237.200 (of Does 1-32), in the Utah District Court for copyright infringement, 17 U.S.C. §§101, et seq, registered with the United States Copyright Office, Reg. No. PA 1-984-029.

After initial discovery and investigation, defendant Doe 18 - 73.65.237.200 was affirmatively identified as the proper defendant in this matter and is now identified as a Utah resident who wishes to remain anonymous but represented by counsel identified below. Plaintiff consents to proceed through counsel.

Doe 18 - 73.65.237.200 waives service of process and consents to personal jurisdiction of this court including permitting Magistrate Judge Dustin B. Pead to conduct all matters related to this matter including entry of this consent judgment.

The parties, after conferral and investigation, now appear to fully and finally resolve all claims between the parties and the matters before the Court and seek entry of this Stipulated Consent Judgment to effect the terms of their settlement.

### Identity of the Defendant

The responsible defendant identified herein as Doe 18 - 73.65.237.200 has been positively identified as a resident of Utah whose identity will be made known under seal if required by the court.

WHEREFORE IT IS HEREBY STIPULATED, ORDERED AND ADJUDGED for all matters relevant to this case between the parties as follows:

1. This court has jurisdiction over the parties and venue is proper.
2. Plaintiff Criminal Productions, Inc. has valid and enforceable copyrights in the original copyrighted work, *Criminal*, ("Motion Picture") registered with the United States Copyright Office, Reg. No. PA 1-984-029.
3. Doe 18 - 73.65.237.200 is the proper named defendant in this case over whose Internet Service 73.65.237.200 unauthorized copies of the Motion Picture were transmitted as alleged in the Complaint.
4. Doe 18 - 73.65.237.200 expressly consents to have United States Magistrate Judge Dustin B. Pead conduct any and all proceedings in this case, including entry of any and

5. Doe 18 - 73.65.237.200 has had full opportunity to consult counsel and has fully reviewed the Complaint and the allegations of the Complaint and specifically admits that Plaintiff's investigations identifying the IP address used by the defendant were accurate, in particular in accurately identifying Doe 18 - 73.65.237.200 and defendant's IP address as the IP address which was used to download and distribute Plaintiff's Motion Picture *Criminal* and/or other content identified within the Complaint, including unauthorized copies of the Motion Picture *Criminal*.

6. In addition to other terms in a separate settlement agreement, the parties further agree and require pursuant to the settlement that the below Permanent Injunction be entered against Doe 18 - 73.65.237.200.

## PERMANENT INJUNCTION

Doe 18 - 73.65.237.200 upon notice through counsel is hereby PERMANENTLY ENJOINED from directly, contributorily or indirectly infringing Plaintiff's rights in its motion pictures, including without limitation by using the internet to reproduce or copy any motion picture owned or branded by Criminal Productions, Inc., to distribute any motion picture owned or branded by Criminal Productions, Inc., or to make motion picture owned or branded by Criminal Productions, Inc. available for distribution to the public, except pursuant to a lawful written license from Criminal Productions, Inc.; and

Doe 18 - 73.65.237.200 upon notice through counsel is hereby directed to immediately delete all unlicensed content of the Motion Picture *Criminal* together with any and all BitTorrent

clients on any computer(s) which Defendant owns or controls together with all other software used to obtain media through the Internet by BitTorrent peer-to-peer transfer or exchange.

SO ORDERED, this day: _____.

---

                                                MAGISTRATE JUDGE DUSTIN B. PEAD
                                                UNITED STATES DISTRICT COURT

So Stipulated and Respectfully Submitted:

Doe 18 - 73.65.237.200:                          On Behalf of Plaintiff:

*Doe 18* (signature)

73.65.237.200

Counsel to Doe 18 - 73.65.237.200

(signature)

John Murray
140 S. Main Street
Bountiful, UT 84010
Email: john@hepworthlegal.com

*Todd E. Zenger* (signature)

Todd E. Zenger
KIRTON McCONKIE
36 South State Street, Suite 1900
Salt Lake City, UT 84111
Phone: (801) 328-3600
Email: tzenger@kmclaw.com