Todd E. Zenger (5238)
DUREN IP
610 E. South Temple Street, Suite 300
Salt Lake City, Utah 84102
Phone: (801) 869-8538
Email: tzenger@durenip.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1-32,<br><br>Defendants. | Civil Action No. 2:17-cv-00550-DB-DBP<br><br>Judge Dee Benson<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION TO ECF 65** |

Plaintiff Criminal Productions, Inc. moves the court for an extension of time to file its memorandum in opposition to ECF 65.

Criminal Productions, Inc. seeks an extension of time to file its memorandum in opposition to ECF 65 up to and including Monday, August 13, 2018. Counsel for Defendant Brinkley, Greg Hoole, has stipulated to the extension.

Criminal Productions, Inc. requests that the time in which to file its memorandum in opposition to ECF 65 be extended to August 13, 2018.  No previous request for extension of time has been sought or granted.  Criminal Productions, Inc. respectfully requests that this motion be granted.

2

DATED August 8, 2018.

                DUREN IP

                By: /s/Todd E. Zenger
                      Todd E. Zenger

                      Attorney for Plaintiff
                      Criminal Productions, Inc.