Gregory N. Hoole (7894)
HOOLE & KING, L.C.
4276 South Highland Drive
Salt Lake City, Utah  84124
Telephone:  801-272-7556
gregh@hooleking.com

Lisa L. Clay (admitted *pro hac vice*)
LISA L. CLAY, ATTORNEY AT LAW
345 North Canal Street, Suite C202
Chicago, IL 60606
Telephone: 312-753-5302
lclayaal@gmail.com

Attorneys for Defendant Darren Brinkley

---

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1–32,<br><br>Defendants. | **DECLARATION (SUPPLEMENTAL) OF ATTORNEY LISA L. CLAY - EXHIBITS**<br><br>Civil No. 2:17-cv-00550<br><br>Judge Dee Benson |

Please find attached Exhibits 1 through 4 to the Declaration (Supplemental) of Attorney Lisa L. Clay in support of Motion for Attorneys' Fees. [Dkt. No. 65].

DATED this 27th day of August 2018.

HOOLE & KING, L.C.

/s/ *Gregory N. Hoole*
Gregory N. Hoole
Attorneys for Defendant Darren Brinkley

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of August 2018, a true and correct copy of the

foregoing document was filed electronically with the Court using the CM/ECF system, which

sent notice of the same via email to all CM/ECF participants who have appeared in this case.


/s/ *Gregory N. Hoole*