REDACTED

# COPYRIGHT MANAGEMENT SERVICES

## 1. Parties

COMPANY/AGENT:
**Copyright Management Services, Ltd.**

CLIENT/COPYRIGHT HOLDER:
**Millennium Media, Inc.**

## 2. Background

Copyright Management Services Ltd. ("CMS") is in the business of providing Anti-Piracy services to copyright owners around the world. Client is in the business of producing, distributing and/or marketing motion pictures and the holder or controlling party for certain rights in motion pictures.

## 3. Commencement

This Agreement is effective upon execution by both Parties ("Commencement Date").

## 4. Term

This Agreement shall continue until the first anniversary of the Commencement Date; provided that the term of this Agreement shall automatically renew every year after such first anniversary unless Client otherwise informs CMS in writing with not less than thirty (30) days notice.

## 5. Services Generally

This letter is a confirmation that, Client designates listed counsels in the Schedule of Counsel attached hereto as Exhibit "A", as non-exclusive counsel for matters related to enforcement of copyright infringement matters against illegal downloaders of the Works listed in the Schedule of Works attached hereto as Exhibit "B" in the enforcement of such rights including the making of demands, filing of suits, negotiations and settling of claims.

Legal representation of Client shall be subjected to and controlled by agreement between counsels in the Schedule of Counsel and CMS with the regard to antipiracy enforcement services.

All matters related to work on behalf of Client shall be pursuant to the agreement between counsels in the Schedule of Counsel and Copyright Management Services, Ltd.

Specifically, Client shall not be independently liable for any costs, fees, or expenses, which shall be the sole responsibility of CMS, in accordance with any agreements between CMS and counsels listed in the Schedule of Counsel.

Copyright Holder is the client of counsels listed in the Schedule of Counsel and have the final authority in decisions in its antipiracy litigation. However, until further written notice Client hereby designates CMS as its agent and the sole and exclusive agent and contact for management, reporting and decisions related to antipiracy enforcement services of the works listed in Exhibit "B."

With this agreement Client engages Copyright Management Services to:

- Assist Client and to a degree coordinate with other members of the industry in general to develop and implement programs to generate and transmit DMCA notices, and deter piracy;

- Work with Maverickeye, UG in reviewing data for infringement actions against those who download and distribute Client's content online without proper authorization;

- Coordinate with any distributors for local enforcement; and

- Under a duly licensed attorney representing the client, provide litigation support and legal documents to attorneys that represent Client in copyright enforcement actions.

6. **Works**

The Work(s) covered by this Agreement shall be those motion pictures listed in the co-executed Schedule of Works ("Exhibit B"), which may be amended from time to time via Email or updated Exhibit B

7. **Duties of Client**
    - Designate titles that Client would like enforced in the Schedule of Works ("Exhibit B");
    - Affirm that Client has the right and authority to bring enforcement actions either in its own name or under the name of the title owner;
    - Cooperate as may be necessary to provide supporting data, including copyright certificates, copyright applications, and deposition testimony as may be needed;
    - Keep CMS advised of any change in ownership or material facts that may impact any enforcement actions; and
    - Provide CMS with such further documentation as may be reasonably needed in order to carry out its obligations under this Agreement.

8. **Territory**

   This engagement is on a non-exclusive basis for the entire world including the United States and Canada and its territories, with the exception of any listed territories:

   ___None.___

9. **Evidence Gathering**

   Client grants CMS the authority to engage the Internet monitoring company Maverickeye, UG on Client's behalf to gather evidence of copyright infringements on behalf of Client.

10. **DMCA Notices**

    Client grants CMS the authority to engage, on Client's behalf, a third party to reasonably monitor infringers, and in particular peer-to-peer (bittorrent) infringers, who can dispatch notices to such infringers compliant with 17 U.S.C. 512(a) (a/k/a DMCA Notices) and related international statutes where proper. Such notices are authorized by Client and must be based on a template approved by client's attorney. The dispatch of such notices shall be at a schedule of 1 notice per 24-hour period for each Work sent to each observed infringer.

11. **Enforcement Program**

    CMS has a panel of counsel who currently provide direct enforcement support to cover the majority of the United States population. Client hereby grants CMS authority to engage, on Client's behalf, the counsels listed on the Schedule of Counsel attached hereto as Exhibit "A" in Client's representation in antipiracy lawsuits against online infringers of the Works listed in the Schedule of Works. Accordingly, CMS, is permitted to compensate local counsels under the below schedules of compensation:

    <u>Joinder Jurisdictions:</u> In jurisdictions where joinder of defendants is permitted allowing for the economical enforcement of Client's rights, local counsel are compensated at a rate of not more than ▮% of net proceeds for any joined case filed with two or more defendants, less any specific award of fees. At no time shall Client have any net obligation to local counsel for fees.

    <u>Illinois:</u> In the State of Illinois, local counsel are compensated at a rate of not more than ▮% of gross proceeds for any joined case filed with two or more defendants, less any specific award of fees. At no time shall Client have any net obligation to local counsel for fees.

    <u>Washington:</u> In the State of Washington, local counsel are compensated at a rate of not more than ▮% of net proceeds for any joined case filed with two or more defendants, less any specific award of fees. At no time shall Client have any net obligation to local counsel for fees.

LHF 000246

<u>Single Party Cases:</u>  In any single party action or severed action, local counsel shall be compensated at an hourly rate of not more than $■ per hour, but in no event shall local counsel ever be compensated in an amount greater than ■% of the net proceeds. At no time shall Client have any net obligation to local counsel for fees.

No single party case shall be filed without explicit approval through CLIENT.

<u>Enforcement Program Costs:</u>  Enforcement and litigation involves notable costs, which by rule are the responsibility of a client. Such costs may include:

 a. ISP charges
 b. Court fees
 c. Service costs
 d. Witness fees
 e. Hard costs (mailing, photo copies, credit card fees)
 f. Forensic IT Experts
 g. Evidence collection costs
 h. Legal and paralegal costs
 i. Adverse costs orders (in the unlikely event this occurs)

All verifiable, out-of-pocket, reasonable and necessary costs shall be deducted from gross receipts to calculate net income and paid to Client as outlined above.

## 12. Data Collection And Management

Client, hereby grants CMS authority to retain, on Client's behalf, Maverickeye, UG and New Alchemy, a BPO office to provide general data support to client's attorneys for pending piracy litigation and support for the creation and dispatch of DMCA notices. In exchange for such services, Client agrees to pay Maverickeye, UG and New Alchemy a sum of not more than ■% of gross proceeds, less any direct payments made under Sec. 9 and 10 above. The amount due under this provision will only be credited against the recoveries of the enforcement program and shall not be required to be paid upfront or advanced by Client under any circumstance.

## 13. Copyright Management Services ("CMS") Remuneration

CMS shall retain not more than ■% of net income generated from enforcement activities on behalf of Client. Such funds shall be used to cover administrative costs and other expenses not fully covered as expenses.

## 14. Reporting

Within thirty (30) days following the close of each calendar quarter, CMS shall provide Client with a report identifying all costs and receipts attributable to all Works enforced on a current and cumulative basis.

### 15. Governing Law

This Agreement and any dispute or claim arising out of or in connection with it or its subject matter or formation shall be governed by and construed in accordance with the law of California.

### 16. Dispute Resolution and Forum

Any dispute, controversy, or claim arising out of or relating to the enforcement, interpretation, or alleged breach of this Agreement, including without limitation, tort claims and issues of arbitrability, shall be submitted to and resolved by final and binding arbitration in the English language, in Los Angeles, California before one neutral arbitrator appointed in accordance with the Rules for International Arbitration of the Independent Film & Television Alliance®, and judgment upon the award rendered by the arbitrator may be entered in and enforceable by any court having jurisdiction.

Dated this 10th day of October, 2017.

On behalf of Copyright Management Services:

Patrick Achache
pa@cmservicesltd.com

On behalf of Client:

(Signed)

Printed Name: Jonathan Yunger

Title: Vice President

Exhibit A: **Counsel Authorized**

Crowell Law
Carl D. Crowell
943 SE Liberty
P.O. Box 923
Salem, OR 97308
Tel: 503-581-1240
Email: carl@crowell-law.com

Hughes Socol Piers Resnick Dym, Ltd.
Michael A. Hierl
70 W. Madison St., Suite 4000
Chicago, IL 60602
Tel: 312-604-2678
Email: mhierl@hsplegal.com

The Rocky Mountain Thunder Law Firm
David J. Stephenson, Jr.
2801 Youngfield, Suite 300
Golden, CO 80401
Tel: (303) 726-2259
Email: david.thunderlaw@gmail.com

Brown & Kannady
Scott T. Kannady
David J. Meretta
2000 South Colorado Blvd., Suite 2-610
Denver, CO 80222
Tel: (303) 757-3800
Email: scott@brownlegal.com

Lowe Graham Jones
David A. Lowe
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
Tel: 206.381.3300
Email: Lowe@LoweGrahamJones.com

Hamrick & Evans, LLP
Chaz C. Rainey, Esq.
2600 West Olive Avenue, Suite 1020
Burbank, California 91505
Tel:    (818) 763- 5292
Email: crainey@hamricklaw.com

Patrick Miller LLC
Pat Patrick
Texaco Center, Suite 1680
400 Poydras St.
New Orleans, LA 70130
Tel: (504) 527-5400
Email: ppatrick@patrickmillerlaw.com

Kercsmar & Feltus PLLC
Gregory Collins
7150 East Camelback Road, Suite 285
Scottsdale, AZ 85251
Tel: 480-990-6214
Email: gbc@kflawaz.com

Dale Jensen PLC
Dale Jensen
606 Bull Run
Staunton, VA 24401
Tel: 434-465-6493
Email: djensen@jensenjustice.com

Timothy A. Shimko & Associates Co.,
LPA
Timothy Shimko
1010 Ohio Savings Plaza
1801 East Ninth St.
Cleveland, OH 44114
Tel: (216) 241-8300
Email: tas@shimkolaw.com

LHF 000249

Gary J. Fischman
Fischman Law PLLC
710 North Post Oak Road, Suite 105☐Houston, TX 77024Tel: 713-900-4924
Email: fischman@fischmaniplaw.com

DeMatteo Law, PLLC
Bryan N. DeMatteo
830 3rd Avenue, 5th Floor
New York, NY 10022
Tel: (866) 645-4169
Email: Bryan@demfirm.com

Culpepper IP, PLLC
Kerry S. Culpepper
75-5737 Kuakini Highway
Suite 104A
Kailua-Kona, HI 96740
Tel: 202.621.0218
Email: kculpepper@culpepperip.com

The Law Office of Lee M. Herman
Lee Herman
426 East Baltimore Ave.
Media, PA 19063
Tel: (610) 891-6500
Email: lmh@lmhlaw.com

Caldwell Law Firm, P.C.
Kenneth Caldwell
1201 NW Briarcliff Pkwy
2nd Floor
Kansas City, Missouri 64116
Tel: (816) 673-7655
Email: kcaldwell@kctechnologylaw.com

Gohn Hankey Stichel & Berlage LLP
Jan Berlage
201 N. Charles Street
Suite 2101
Baltimore, MD 21201
Tel: 410-752-9300
Email: JBerlage@ghsllp.com

Valenti Hanley PLLC
Michael Valenti
401 West Main Street, Suite 1950
Louisville, KY 40202
Tel: (502) 855-5921
Email: mvalenti@vhrlaw.com

Lynch Van Sickle, PLLC
Matthew Van Sickle
Kathleen Lynch
201 Shannon Oaks Circle
Suite 200
Cary, North Carolina 27511
Tel: (919) 279-3908
Email: matt@mattvansicklelaw.com

Kirton McConkie
Todd Zenger
50 East South Temple
Suite 400
Salt Lake City, UT 84111
Tel: 801.321.4877
Email: tzenger@kmclaw.com

Falkowski PLLC
Christopher Falkowski
P.O. Box 650
Novi, MI 48376-0650
Tel: (248) 894-3796
Email: chris@falkowskipllc.com

Aird & Berlis LLP
Ken Clark
Brookfield Place, 181 Bay Street
Suite 1800, Box 754
Toronto, ON M5J 2T9
Canada
Tel: 416.865.4736
Email: kclark@airdberlis.com

LHF 000251

Exhibit B: **List of titles**

| Work Title | Copyright Registration | Copyright Holder |
|---|---|---|
| Homefront, (2013) | PA01877609 | Homefront Productions, Inc. |
| Before I Go To Sleep, (2014) | PA01939571 | Before I Go Productions, Inc. |
| Criminal, (2016) | PA01984029 | Criminal Productions, Inc. |
| London Has Fallen, (2016) | PA01982831 | LHF Productions, Inc. |
| Automata, (2014) | PA01923090 | Automata Productions, Inc. |
| Survivor, (2015) | PA01956191 | Survivor Productions, Inc. |
| The Humbling, (2014) | PAu03760198 | A&T SPVH, Inc. |
| Septembers of Shiraz, (2016) | PA02038711 | September Productions, Inc. |
| Mechanic: Resurrection, (2016) | PA01998057 | ME2 Productions, Inc. |
| The Hitman's Bodyguard, (2017) | PAu03844508 | Bodyguard Productions, Inc. |
| Hunter Killer, (2017) | | Hunter Killer Productions, Inc. |
| Boyka Undisputed 4, (2017) | PA02031176 | UN4 Productions, Inc. |
| The Bleeder (2017) | PA02032538 | Boxer Production Services, Inc. |
| Acts of Vengeance (2017) | | Stoic Productions, Inc. |
| Day of the Dead: Bloodline (2017) | | Day of Dead Productions, Inc. |
| Leatherface (2017) | | LF2 Productions, Inc. |

LHF 000252