Todd E. Zenger (5238)
DUREN IP
610 E. South Temple Street, Suite 300
Salt Lake City, Utah 84102
Phone: (801) 869-8535
Email: tzenger@durenip.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DOES 1-32, <br><br> Defendants. | Civil Action No. 2:17-cv-00550-DB-DBP <br><br> Judge Dee Benson <br><br> **MOTION FOR ENTRY OF DEFAULT PURSUANT TO FRCP 55(a) AS TO CERTAIN DEFENDANTS AND MOTION TO TERMINATE ALL DISCOVERY PROCEEDINGS** |

The Plaintiff, Criminal Productions, Inc., by and through its counsel of record, and pursuant to Rule 55(a), hereby seeks by motion entry of default for the Defendants identified below. These Defendants have failed to plead or otherwise respond to the Complaint.

(A) Statement of precise relief sought and the specific grounds for the motion

Criminal Productions, Inc. seeks entry of default against the following Defendants ("Defendants") served on the dates identified below:

| DOE | IP | NAME | ADDRESS | DATE SERVED |
|---|---|---|---|---|
| 4 | 73.98.177.163 | Troy Regier | 6232 S STERNWOOD DR, Taylorsville, UT 84129 | December 13, 2017 |
| 6 | 75.162.176.115 | Mike Hudson | 13521 S Muhlenburg Way, Riverton, UT 84065 | December 1, 2017 |
| 17 | 67.177.16.219 | Derrick Martin | 776 24TH ST UNIT WEST, Ogden, UT 84401 | October 26, 2017 |
| 19 | 75.162.114.81 | Sara Palacios | 141 W 200 N, Logan, UT 84321 | November 1, 2017 |
| 21 | 67.177.45.20 | Cynthia Delgado | 105 GWEN ST, Ogden, UT 84404 | October 26, 2017 |
| 28 | 73.98.208.3 | Marta Torres | 1663 W NORTHWOOD AVE APT 4, Salt Lake City, UT 84116 | November 28, 2017 |
| 30 | 67.177.56.142 | Terry Shelby | 14775 S HADDINGTON RD, Draper, UT 84020 | November 27, 2017 |
| 31 | 67.182.204.87 | Maria Arredondo | 3504 JEFFERSON AVE, Ogden, UT 84403 | October 26, 2017 |

These Defendants were served with process and have failed to timely plead or otherwise respond to the Complaint to this date, November 6, 2018.

Plaintiff also seeks termination of discovery proceedings as to all defaulted defendants. Plaintiff's election of statutory damages and calculation of the amount is left to the discretion of the court without needing discovery as to defaulted defendants.

(B) Relevant facts, supporting authority, and argument.

### The identified Defendants are in default

This Court granted Criminal Productions, Inc.'s motion for expedited discovery on June 14, 2017. Thereafter, Criminal Productions, Inc. sought the identification of these Defendant via a subpoena on the Internet Service Provider which manages the IP addresses above seeking contact

information for the Defendants.  As typical, within weeks of receiving the subpoena the Internet Service Provider sent a letter directly to these subscribers/Defendants giving the Defendants notice of the subpoena request.  The letter from the Internet Service Provider to the Defendants also provided contact information for the undersigned counsel.

After we received the Defendants' contact information from the Internet Service Provider, our office sought to contact and/or serve the Defendants directly at the same address used in the notice letter from the Internet Service Provider, if counsel for the had not already called on behalf of the Defendant.  As to these Defendants, our communication to these Defendants and/or service of process was not returned as undeliverable and we received no indication that the Defendants no longer resided at the address we received from the Internet Service Provider.

Now, having been served as shown above and established by filed return of service,  a response to the Complaint from each of these Defendants response was due twenty-one days later on.  Each of these Defendants has entirely failed to plead or otherwise respond to the date of this motion.

These Defendants are in default.

Criminal Productions, Inc. requests entry of default as to the Defendants identified above. An order for Entry of Default is provided to the Court pursuant to the local rule.

### As to defaulted Defendants, no discovery is needed for statutory damages

Upon entry of default for liability and willfulness, the only remaining issue is a calculation of an amount of damage.  In this case, Plaintiff elects statutory damages under the Copyright Act, 17 U.S.C. 504 (c), which require no evidentiary proof for calculation but is left to the discretion of the court with a minimum of $750 and up to $30,000 per infringement.  *Id.*

Plaintiff's election of statutory damages obviates the need for further discovery related to defaulted defendants. This court should terminate all discovery proceedings for all defaulted defendants.

Plaintiff requests entry of default as to all defendants identified herein and the termination of all discovery proceedings as to the defaulted defendants.

DATED: November 6, 2018

                              DUREN IP

                              By:  /s/Todd E. Zenger
                                    Todd E. Zenger

                                    Attorneys for Plaintiff
                                    Criminal Productions, Inc.

CERTIFICATE OF SERVICE

A true and correct copy of this motion and its associated proposed orders were served by first class mail as follows on November 6, 2018:

| NAME | ADDRESS |
|---|---|
| Troy Regier | 6232 S STERNWOOD DR, Taylorsville, UT 84129 |
| Mike Hudson | 13521 S Muhlenburg Way, Riverton, UT 84065 |
| Derrick Martin | 776 24TH ST UNIT WEST, Ogden, UT 84401 |
| Sara Palacios | 141 W 200 N, Logan, UT 84321 |
| Cynthia Delgado | 105 GWEN ST, Ogden, UT 84404 |
| Marta Torres | 1663 W NORTHWOOD AVE APT 4, Salt Lake City, UT 84116 |
| Terry Shelby | 14775 S HADDINGTON RD, Draper, UT 84020 |
| Maria Arredondo | 3504 JEFFERSON AVE, Ogden, UT 84403 |

_____/s/ Seth F. Littleford_____