Todd E. Zenger (5238)
DUREN IP
610 E. South Temple Street, Suite 300
Salt Lake City, Utah 84102
Phone: (801) 869-8538
Email: tzenger@durenip.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| CRIMINAL PRODUCTIONS, INC., Plaintiff, vs. DOES 1-32, Defendants. | Civil Action No. 2:17-cv-00550-DN<br><br>Judge David Nuffer<br><br>**JUDGMENT, PERMANENT INJUNCTION AND AWARD OF ATTORNEY FEES AS TO CERTAIN DEFENDANTS** |
|---|---|

This matter comes before the Court upon motion by CRIMINAL PRODUCTIONS, INC. ("Plaintiff") for a default judgment against the following Defendants:

| DOE | IP | NAME | DATE OF ENTRY OF DEFAULT |
|---|---|---|---|
| 4 | 73.98.177.163 | Troy Regier | November 7, 2018 |
| 6 | 75.162.176.115 | Mike Hudson | November 7, 2018 |
| 17 | 67.177.16.219 | Derrick Martin | November 7, 2018 |
| 19 | 75.162.114.81 | Sara Palacios | November 7, 2018 |
| 21 | 67.177.45.20 | Cynthia Delgado | November 7, 2018 |
| 26 | 65.130.222.50 | Karen Santarosa | November 8, 2018 |
| 27 | 71.35.226.137 | Karen Santarosa | November 8, 2018 |
| 28 | 73.98.208.3 | Marta Torres | November 7, 2018 |
| 30 | 67.177.56.142 | Terry Shelby | November 7, 2018 |
| 31 | 67.182.204.87 | Maria Arredondo | November 7, 2018 |

for failure to answer or otherwise defend against the Plaintiff's Complaint and/or

participate in this action. This Court, having considered the motion, Plaintiff's points and authorities, and the supporting evidence of record with accompanying exhibits, together with the pleadings, records, and papers filed herein, concludes that the motion should be granted and enters the following:

## JUDGMENT

The Clerk of the Court, noting the failure of the Defendants listed above to Answer or otherwise respond to the summons and Complaint, as on file herein, has issued and entered into the record Default against these Defendants.

It is further found that each Defendant willfully infringed Plaintiff's rights in violation of 17 U.S.C. §§ 101 *et seq*. The conduct of Defendants was willful, intentional, and in disregard of and indifferent to Plaintiff's rights, and such conduct caused harm to Plaintiff and deprived Plaintiff of income.

Upon this record, the Court adjudges and decrees as follows:

1. The Court hereby AWARDS statutory damages in the amount of $10,000 pursuant to 17 U.S.C. § 504 to the Plaintiff against each of the following Defendants:

| DOE | IP | NAME | DATE OF ENTRY OF DEFAULT |
|---|---|---|---|
| 4 | 73.98.177.163 | Troy Regier | November 7, 2018 |
| 6 | 75.162.176.115 | Mike Hudson | November 7, 2018 |
| 17 | 67.177.16.219 | Derrick Martin | November 7, 2018 |
| 19 | 75.162.114.81 | Sara Palacios | November 7, 2018 |
| 21 | 67.177.45.20 | Cynthia Delgado | November 7, 2018 |
| 26 | 65.130.222.50 | Karen Santarosa | November 8, 2018 |
| 27 | 71.35.226.137 | Karen Santarosa | November 8, 2018 |
| 28 | 73.98.208.3 | Marta Torres | November 7, 2018 |
| 30 | 67.177.56.142 | Terry Shelby | November 7, 2018 |
| 31 | 67.182.204.87 | Maria Arredondo | November 7, 2018 |

2. The Court hereby PERMANENTLY ENJOINS each Defendant identified herein from

directly or indirectly infringing Plaintiff's rights as to the motion picture *Criminal*, including without limitation using the Internet to reproduce, to distribute, to copy, or to publish *Criminal*, except pursuant to a lawful license from Plaintiff.

    3. The Court hereby ORDERS each Defendant identified herein to delete any unlicensed copy of the motion picture *Criminal* in Defendant's possession or control.

    4. The Court hereby ORDERS each Defendant identified herein to refrain from knowingly and willfully using the BitTorrent network or the Internet for copying or downloading the movie *Criminal* in further violation of U.S. copyright law.

    5. The Court hereby awards Plaintiff attorney's fees as to each Defendant.

    6. The Court hereby awards costs to Plaintiff as to each Defendant.

    IT IS SO ORDERED AND ADJUDGED.

    Signed on this _____ day of _____, 2018.

    By: _____
        UNITED STATES DISTRICT JUDGE