Todd E. Zenger (5238)
DUREN IP
610 E. South Temple Street, Suite 300
Salt Lake City, Utah 84102
Phone: (801) 869-8538
Email: tzenger@durenip.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| CRIMINAL PRODUCTIONS, INC., | Civil Action No. 2:17-cv-00550-DN |
|---|---|
| Plaintiff, | Judge David Nuffer |
| vs. | |
| DOES 1-32, | **RESPONSE TO ORDER TO SHOW CAUSE: STATUS BRIEF AS TO EACH DEFENDANT** |
| Defendants. | |

Plaintiff, Criminal Productions, Inc., by and through its counsel of record, hereby submits this status report regarding defendants in this civil action for copyright infringement. A table of all defendants in this action, their Doe numbers, IP addresses and individual status is provided as follows:

| DOE | IP | DEFENDANT STATUS |
|---|---|---|
| 1 | 73.228.105.84 | Dismissed without prejudice via ECF 75 |
| 2 | 50.198.176.157 | Dismissed without prejudice via ECF 75 |
| 3 | 73.131.224.127 | Working toward settlement via Counsel for Defendant |
| 4 | 73.98.177.163 | Default entered via ECF 77 |
| 5 | 70.57.89.102 | Dismissed without prejudice via ECF 73 |
| 6 | 75.162.176.115 | Default entered via ECF 77 |
| 7 | 71.219.57.75 | Final settlement negotiation attempts before seeking entry of default |

| 8 | 75.162.69.240 | Final settlement negotiation attempts before seeking entry of default |
|---|---|---|
| 9 | 98.202.52.14 | Dismissed without prejudice via ECF 75 |
| 10 | 65.130.20.86 | Consent Judgment against Defendant, see ECF 48 |
| 11 | 73.98.161.138 | Working toward settlement via Counsel for Defendant |
| 12 | 67.132.124.130 | Dismissed without prejudice via ECF 75 |
| 13 | 73.20.80.50 | Dismissed without prejudice via ECF 75 |
| 14 | 98.202.173.141 | Working toward settlement via Counsel for Defendant |
| 15 | 70.57.92.179 | Dismissed with prejudice via ECF 64 |
| 16 | 71.219.42.95 | Dismissed without prejudice via ECF 75 |
| 17 | 67.177.16.219 | Default entered via ECF 77 |
| 18 | 73.65.237.200 | Dismissed with prejudice via ECF 59 |
| 19 | 75.162.114.81 | Default entered via ECF 77 |
| 20 | 67.182.222.109 | Dismissed without prejudice via ECF 75 |
| 21 | 67.177.45.20 | Default entered via ECF 77 |
| 22 | 73.98.163.196 | Dismissed without prejudice via ECF 75 |
| 23 | 98.202.108.114 | Dismissed without prejudice via ECF 75 |
| 24 | 73.98.163.204 | Dismissed without prejudice via ECF 75 |
| 25 | 50.234.32.106 | Dismissed without prejudice via ECF 75 |
| 26 | 65.130.222.50 | Default entered via ECF 79 |
| 27 | 71.35.226.137 | Default entered via ECF 79 |
| 28 | 73.98.208.3 | Default entered via ECF 77 |
| 29 | 24.11.13.252 | Dismissed with prejudice via ECF 58 |
| 30 | 67.177.56.142 | Default entered via ECF 77 |
| 31 | 67.182.204.87 | Default entered via ECF 77 |
| 32 | 24.10.139.86 | Dismissed without prejudice via ECF 75 |

If applicable, defendants with the status "Default entered via ECF [#]" have had default entered against them by the Clerk of the court. Motions for default judgment have been filed for each defendant with this status and are currently pending decision.

If applicable, the status "[$] Default Judgment entered via ECF [#]" is indicated for Defendants against whom default judgment has been entered. Upon entry of judgment, Plaintiff filed a motion for Attorney Fees and Costs which is pending decision.

3

DATED: January 17, 2019.

        DUREN IP

        By:   /s/Todd E. Zenger
             Todd E. Zenger

             Attorneys for Plaintiff
             Criminal Productions, Inc.

CERTIFICATE OF SERVICE

A true and correct copy of this brief was served by first class mail as follows on January 17, 2019:

| FIRST NAME | LAST NAME | STREET ADDRESS | CITY, STATE, ZIP |
|---|---|---|---|
| Vance | Ure | 5763 S 3950 W | Roy, UT 84067 |
| Troy | Regier | 6232 S STERNWOOD DR | Taylorsville, UT 84129 |
| Mike | Hudson | 13521 S Muhlenburg Way | Riverton, UT 84065 |
| Ricky | Baker | 5394 W 5200 S | Kearns, UT 84118 |
| New | Roads Treatment | 1530 S 500 W | Provo, UT 84601 |
| Steve | Shaver | 4019 S 4275 W | West Valley City, UT 84120 |
| Derrick | Martin | 776 24TH ST UNIT WEST | Ogden, UT 84401 |
| Sara | Palacios | 141 W 200 N | Logan, UT 84321 |
| Cynthia | Delgado | 105 GWEN ST | Ogden, UT 84404 |
| Karen | Santarosa | 12494 S 800 E | Draper, UT 84020 |
| Marta | Torres | 1663 W NORTHWOOD AVE APT 4 | Salt Lake City, UT 84116 |
| Terry | Shelby | 14775 S HADDINGTON RD | Draper, UT 84020 |
| Maria | Arredondo | 3504 JEFFERSON AVE | Ogden, UT 84403 |

_____/s/ Seth F. Littleford_____