Todd E. Zenger (5238)
DUREN IP
610 E. South Temple Street, Suite 300
Salt Lake City, Utah 84102
Phone: (801) 869-8538
Email: tzenger@durenip.com

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>DOES 1-32,<br><br>    Defendants. | Civil Action No. 2:17-cv-00550-DN<br><br>Judge David Nuffer<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO CERTAIN DEFENDANTS** |

Plaintiff, Criminal Productions, Inc., by and through its counsel of record, hereby voluntarily dismisses this action with prejudice against certain Defendants ("Defendants") identified below pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. Defendants have made no appearance in this case and have therefore not filed an Answer or Summary Judgment Motion. Accordingly, Plaintiff voluntarily dismisses this action as to the Defendants identified below without a court order.

| DOE | IP | NAME |
|---|---|---|
| 11 | 73.98.161.138 | New Roads Treatment |

DATED: January 31, 2019.

        DUREN IP

        By:   /s/Todd E. Zenger
              Todd E. Zenger

              Attorneys for Plaintiff
              Criminal Productions, Inc.