Todd E. Zenger (5238)
DUREN IP
610 E. South Temple Street, Suite 300
Salt Lake City, Utah 84102
Phone: (801) 869-8538
Email: tzenger@durenip.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> INTERNET SUBSCRIBERS 1-32, <br><br> Defendants. | Civil Action No. 2:17-cv-00550-DN <br><br> Judge David Nuffer <br><br> **STIPULATED MOTION FOR ENTRY OF JUDGMENT AS TO INTERNET SUBSCRIBER 31 (IP 67.182.204.87)** <br> **Maria Arredondo** |

By stipulation of the parties, the Plaintiff, Criminal Productions, Inc., by and through its counsel of record, and the Defendant Internet Subscriber 31 (IP 67.182.204.87), hereby seek by motion under Rule 54(b) entry of judgment as to Defendant Internet Subscriber 31 (IP 67.182.204.87).

Attached as Exhibit 1 is the consent judgment signed by the parties and to be entered by the court.

DATED: June 28, 2019.

DUREN IP

By: /s/Todd E. Zenger
Todd E. Zenger

Attorneys for Plaintiff
Criminal Productions, Inc.