IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INTERNET SUBSCRIBERS 1-32, ALSO KNOWN AS VANCE URE, TROY REGIER, MIKE HUDSON, SARA PALACIOS, CYNTHIA DELGADO, KAREN SANTAROSA,<br><br>Defendants. | **ORDER DENYING [100] STIPULATED MOTION FOR JUDGMENT**<br><br>Case No. 2:17-cv-00550-DN<br><br>District Judge David Nuffer |

Plaintiff and Defendant Maria Arredondo filed the Stipulated Motion for Entry of Judgment as to Maria Arredondo Internet Subscriber 31 (IP 67.182.204.87) ("Motion")[1] However, Defendant Maria Arredondo was already voluntarily dismissed without prejudice[2] and she was not named in Plaintiff's Amended Complaint.[3] As Defendant Maria Arredondo is no longer a party to this case, there is no basis to grant the Motion.

IT IS HEREBY ORDERED that the parties' Motion[4] is DENIED.

Signed January 10, 2020.

BY THE COURT:

David Nuffer
United States District Judge

---

[1] Docket no. 9, filed June 28, 2019.

[2] Notice of Voluntary Dismissal Without Prejudice as to Certain Defendants at 2, docket no. 93, filed March 28, 2019.

[3] Amended Complaint, docket no. 99, filed June 24, 2019.

[4] Docket no. 9, filed June 28, 2019.