IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| CRIMINAL PRODUCTIONS, INC., | ORDER TERMINATING DISCOVERY |
|---|---|
| Plaintiff, | Case No. 2:17-cv-00550-DN |
| v. | District Judge David Nuffer |
| TROY REIGER, et al., | |
| Defendants. | |

Based on the Motion to Terminate all Discovery Proceedings (the "Motion")[1], and for good cause showing,

IT IS HEREBY ORDERED that the Motion is GRANTED. Discovery proceedings are terminated as to the following defaulted Defendants:

| IP | NAME | ADDRESS | City, State | Date Served |
|---|---|---|---|---|
| 67.177.45.20 | Cynthia Delgado | 105 GWEN ST | Ogden, UT 84404 | 06/24/2019 |
| 75.162.176.115 | Mike Hudson | 13521 S Muhlenburg Way | Riverton, UT 84065 | 06/24/2019 |
| 75.162.114.81 | Sara Palacios | 141 W 200 N | Logan, UT 84321 | 06/24/2019 |
| 73.98.177.163 | Troy Regier | 6232 S STERNWOOD DR | Taylorsville, UT 84129 | 06/24/2019 |
| 65.130.222.50, and 71.35.226.137 | Karen Santarosa | 12494 S 800 E | Draper, UT 84020 | 06/24/2019 |

Signed November 5, 2020.

BY THE COURT

David Nuffer
United States District Judge

---

[1] Docket no. 106, filed June 12, 2020. This motion also sought entry of default against these defendants. That relief was granted by the Clerk's Entry of Default Certificate on July 31, 2020, docket no. 110.